```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
XUE (HEIDI) FENG,

                       Plaintiff,

            -against-

NOMURA SECURITIES INTERNATIONAL, INC.,

                     Defendant.
------------------------------------------------------------X

24-CV-0467 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS the parties appeared before the Court for a status conference on February 14, 2025.

IT IS HEREBY ORDERED that Plaintiff must file her Amended Complaint by no later than February 14, 2025.

IT IS FURTHER ORDERED that the parties must file a joint letter by no later than April 9, 2025 with an update on the JAMS mediation.

**SO ORDERED.**

**Date: February 14, 2025**
**New York, New York**

                                                   _____
                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**