```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
XUE (HEIDI) FENG,                                            :
:
                      Plaintiff,       :
:   24-CV-467 (VEC)
        -against-                                   :
:   ORDER
NOMURA SECURITIES INTERNATIONAL,                             :
INC.,                                                        :
:
                      Defendant.       :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on February 14, 2025, Plaintiff filed the Second Amended Complaint, *see* Dkt. 40;

      WHEREAS the Undersigned's Individual Rule 4(E)(i) requires the Plaintiff file a redlined version of the amended pleading comparing the revisions made to the prior version of the pleading; and

      WHEREAS Plaintiff did not file a redlined version of her amended pleading.

      IT IS HEREBY ORDERED that Plaintiff must file a redlined version of the Second Amended Complaint, in which the changes are highlighted (i.e. in tracked changes), by no later than **February 21, 2025**.


**SO ORDERED.**

Date: February 18, 2025
      New York, NY

                                                **VALERIE CAPRONI**
                                                **United States District Judge**