```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/15/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
XUE (HEIDI) FENG,                                              :
                                                               :
                              Plaintiff,                       :
                                                               :     24-CV-467 (VEC)
            -against-                                          :
                                                               :     ORDER
NOMURA SECURITIES INTERNATIONAL,                               :
INC.,                                                          :
                                                               :
                              Defendant.                       :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 15, 2025, Plaintiff's former counsel, Ms. Haskell, filed a motion relating to its charging lien under seal, *see* Dkt. 61; and

WHEREAS Ms. Haskell emailed its papers to Chambers and did not indicate whether she had served Plaintiff with the motion.

IT IS HEREBY ORDERED that Ms. Haskell must serve her motion for a charging lien and the accompanying exhibits on Plaintiff by May 19, 2025 and file proof of service on the docket by May 20, 2025.

**SO ORDERED.**

**Date: May 15, 2025**
**New York, NY**

                                                          _____
                                                          **VALERIE CAPRONI**
                                                          **United States District Judge**