**MEMO ENDORSED**

# McLaughlin & Stern, LLP
### Founded 1898

PAUL H. LEVINSON
PARTNER
DIRECT DIAL (212) 448-6279
Email: plevinson@mclaughlinstern.com

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448-0066
www.mclaughlinstern.com

WESTFIELD, NEW JERSEY
GARDEN CITY, NEW YORK
MILLBROOK, NEW YORK
WESTPORT, CONNECTICUT
WEST PALM BEACH, FLORIDA
NAPLES, FLORIDA
SARASOTA, FLORIDA

July 1, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2025

**VIA ECF**

The Honorable Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
Courtroom 20C
500 Pearl Street, Chambers 1930
New York, NY 10007

Re:   *Xue Heidi Feng v. Nomura Securities International, Inc.*
      Civil Action No.: 1:24-CV-00467-VEC

Dear Judge Caproni:

   We are counsel to Plaintiff Xue Heidi Feng ("Ms. Feng" or "Plaintiff") in the above-captioned action.

   Pursuant to Rule 5(B)(ii) of the Court's Individual Practices in Civil Cases (Revised: March 17, 2025), we write to request the Court's permission to submit Plaintiff's papers (a) in opposition to Working Solutions Law Firm's Motion for the Fixing of Its Fees and Costs Under Its Statutory Charging Lien (the "WS Motion") and (b) in support of Ms. Feng's concomitant Cross-Motion to Compel Arbitration, *ex parte* as to Defendant Nomura Securities International, Inc., and under seal. The Court has previously granted the letter request, dated May 6, 2025, of Working Solutions, by its partner, Rachel M. Haskell, Esq. ("Ms. Haskell"), to seal its motion papers (See Doc. Nos. 56 and 58, respectively, with the Court's Memo Endorsement). In this letter request, we simply seek the same treatment for Ms. Feng's submissions, for the reasons set forth in Ms. Haskell's May 6th letter.

   We note that Working Solutions has confirmed, in writing, its consent to our request to file under seal.

   We will, of course, comply with Rule 5(B)'s requirement to provide, via mail or hand-delivery, a courtesy copy of the entirety of our submissions, as well as any further instructions in any Memo Endorsement made by the Court to this letter.

{N0840603.1}

**McLAUGHLIN & STERN, LLP**

The Honorable Valerie E. Caproni, U.S.D.J.
July 1, 2025
Page **2** of **2**

We thank the Court for its continuing consideration in this matter.

Respectfully yours,

**McLAUGHLIN & STERN, LLP**

By: *Paul H. Levinson*
Paul H. Levinson

cc: Rachel M. Haskell, Esq. (Via ECF and email)
Christopher Davis, Esq. (Via ECF and email)

---

Application GRANTED.

SO ORDERED.                                7/1/2025

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

{N0840603.1}