UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

   XUE (HEIDI) FENG,

                       Plaintiff,

           -against-

   NOMURA SECURITIES INTERNATIONAL,
   INC.,

                     Defendant.

------------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 2/2/2026 |

24-CV-467 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 30, 2026, the parties appeared telephonically before the Court;

WHEREAS during the teleconference, the parties presented a discovery dispute concerning Plaintiff's redaction of medical records;

WHEREAS Plaintiff provided the medical records and proposed redactions in question to the Court for the purpose of *in camera* review;

WHEREAS the Court reviewed the materials;

WHEREAS sharing information that is subject to the attorney-client privilege with one's doctor for treatment purposes does not necessarily waive privilege, *see* Weinstein's Federal Evidence, § 511-07;

WHEREAS here, however, Plaintiff's relationship with her doctor predated the case, and the sessions that are the subject of the records do not appear attorney-driven or for case purposes, *see Badr v. Liberty Mutual Group, Inc.*, 2007 U.S. Dist. LEXIS 73537 at *8 (D.D.C. 2007); and

WHEREAS Plaintiff also put her mental condition, which is the subject of the records, at issue due to the nature of her claims, *see Murray v. Board of Education*, 199 F.R.D. 154, 155 (S.D.N.Y. 2001) (citing *Sidor v. Reno*, 1998 WL 164823).

IT IS HEREBY ORDERED that Plaintiff waived privilege for the records relevant to the

time and subject matter of the action.  As the redacted portions are relevant to Plaintiff's claims,

Plaintiff must provide Defendant an unredacted copy of the records provided to the Court.


**SO ORDERED.**

**Date:  February 2, 2026**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**