UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------X
                                                                   :
  XUE (HEIDI) FENG,                                                :
                                                                   :
                                      Plaintiff,                   :
                                                                   :
                      -against-                                    :
                                                                   :
  NOMURA SECURITIES INTERNATIONAL,                                 :
  INC.,                                                            :
                                                                   :
                                      Defendant.                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2026

24-CV-467 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 27, 2026, the parties appeared before the Court.

IT IS HEREBY ORDERED that any outstanding discovery documents — including but not limited to those discussed at the conference — must be produced **no later than March 6, 2026**.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment is due **no later than April 17, 2026**. Plaintiff's response is due **no later than May 29, 2026**. Defendant's reply is due **no later than June 12, 2026**. The parties are reminded to comply with the Undersigned's Individual Rules of Practice in Civil Cases, specifically Rule 4(G) regarding motions for summary judgment.

IT IS FURTHER ORDERED THAT the Court will hold setting a briefing schedule on the *Daubert* motions contemplated by the parties' February 13, 2026, letter at Dkt. 94 in abeyance until after Defendant's Motion for Summary Judgment is decided.

**SO ORDERED.**

Date:  **February 27, 2026**
       **New York, NY**

_____
       **VALERIE CAPRONI**
   **United States District Judge**