**Seyfarth**

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
**T** (212) 218-5500
**F** (212) 218-5526

emurphy@seyfarth.com
T (212) 218-5619

www.seyfarth.com

**MEMO ENDORSED**

April 17, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_4/21/2026___

**VIA ECF**

Hon. Valerie E. Caproni
United States District Judge
United States Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007

**Re:**   ***Xue (Heidi) Feng v. Nomura Securities International, Inc.***
   **Civil Action No. 1:24-cv-00467-VEC**

Dear Judge Caproni:

This Firm represents Defendant Nomura Securities International, Inc. ("Defendant") in the above-captioned action.  Pursuant to Your Honor's Individual Rule 5, Rule 5.2 of the Federal Rules of Civil Procedure, and the Southern District of New York's Electronic Filing Rules & Instructions 6 and 21, we respectfully request permission to file under seal and redact certain information and documents filed in connection with Defendant's Motion for Summary Judgment.

Defendant respectfully requests permission to file the following documents under seal pursuant to the parties' Stipulation and Order Governing the Treatment of Confidential Material (ECF No. 27) and Your Honor's Individual Practices in Civil Cases: (1) Exhibits A-G, J-Q, S, T, BB, HH, SS, TT and AAA to the Declaration of Ellen M. Murphy; (2) Defendant's Statement of Undisputed Material Facts Pursuant to Rule 56.1; (3) Defendant's Memorandum of Law in Support of Its Motion for Summary Judgment; and (4) Exhibits A-B to the Declaration of Debbi Herzig.  These documents contain certain confidential employee information, such as records from Plaintiff's personnel file at Nomura, Plaintiff's personal medical information, identifying information of Defendant's current and/or former employees, including their compensation and resumes, and confidential business information, such as proposed compensation information related to certain roles.  As such, Defendant respectfully requests to file the aforementioned documents under seal.  Where appropriate, Defendant shall file via ECF copies of these documents with the confidential employee and business information redacted.  Such redactions and sealed filings will be limited to those required to protect information identified by the parties as confidential during discovery.

Defendant has met and conferred with Plaintiff with respect to this request, and Plaintiff consents to filing the aforementioned documents under seal and with redactions.  The parties thank you for Your Honor's kind consideration of this request.

325305627v.1



Very truly yours,

SEYFARTH SHAW LLP

*/s/ Ellen M. Murphy*

Ellen M. Murphy

EMM

Application GRANTED. 4/21/2026

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

325305627v.1