

MCLAUGHLIN & STERN, LLP
STEVEN J. HYMAN
PARTNER
260 MADISON AVENUE
NEW YORK, NY 10016
(212) 448-6228
shyman@mclaughlinstern.com
www.mclaughlinstern.com

May 27, 2026

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2026

**VIA ECF**

The Honorable Valarie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    ***Xue (Heidi) Feng v. Nomura Securities International, Inc.***
       **Civil Action No.: 1:24-CV-00467-VEC**

Dear Judge Caproni:

This firm represents Plaintiff Xue (Heidi) Feng ("Plaintiff") in the above-captioned matter. We write on behalf of Plaintiff to respectfully request a brief adjournment in the filing of our opposition to the motion of Defendant Nomura Securities International, Inc. ("Defendant") for summary judgment in this matter from May 29 to June 5, and accordingly, Defendant's reply from June 12, to June 22 because of unusual, unforeseen circumstances. Defendant does not object to this request.

Specifically, last week, because of my prior involvement in the legality of the quarantine of an Ebola nurse several years ago, I was asked, with co-counsel, to represent two individuals who have been placed in isolation at the Nebraska Quarantine Unit under a mandatory quarantine order as a result of their exposure to the hantavirus on the MV *Hondius*. Under applicable Public Health laws and CDC regulations, these individuals are now subject to a medical review hearing which is currently scheduled for May 27th. Because of the fixed timelines and the urgency of the matter, I had to immediately devote significant time to reviewing the matter in preparation for the anticipated hearing. Although we are in discussion with the CDC as to whether to proceed with the hearing on the 27th or at a later date, the time spent has nevertheless been an unavoidable distraction from our attention to finalizing our response to the summary judgment motion.

Under these unique circumstances, we ask the court to grant this limited application. This is the first application for an extension of time in the briefing schedule that was set by the court at the parties' last appearance.

Respectfully submitted,

McLAUGHLIN & STERN, LLP

By:    **/s/ Steven J. Hyman**
       Steven J. Hyman

Application GRANTED.

SO ORDERED.                    5/27/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE