**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X

XUE (HEIDI) FENG,

                Plaintiff,

        -against-

NOMURA SECURITIES
INTERNATIONAL, INC.,

               Defendant.

-------------------------------------------------------- X

Case No. 1:24-cv-00467-VEC

## DECLARATION OF JACQUELINE C. GERRALD IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Jacqueline C. Gerrald, an attorney admitted to practice before this Court, hereby declares as follows under penalties of perjury:

1.  I am a Partner with the law firm of McLaughlin & Stern, LLP, attorneys for Plaintiff Xue (Heidi) Feng ("Plaintiff" or "Feng") in the above-captioned action.

2.  I make the following Declaration in opposition to the motion of Nomura Securities International Inc. ("Defendant" or "Nomura") for summary judgment.

3.  Annexed hereto are true and correct copies of the following exhibits in opposition to Defendant's motion for summary judgment:

| Exhibit | Description |
| --- | --- |
| A | Excerpts from the deposition transcript of Plaintiff ("Ms. Feng") conducted on December 4, 2024 (cited as "l. Dep. I") |
| B | Excerpts from the deposition transcript of Ms. Feng, conducted on January 14, 2025 (cited as "Pl. Dep II") |
| C | Excerpts from the deposition transcript of Roman Muchnik ("Muchnik"), conducted on December 5, 2024 (cited as "Muchnik Dep.") |
| D | Excerpts from the deposition transcript of Michael Anthony ("Anthony"), conducted on December 11, 2024 (cited as "Anthony Dep."). |
| E | Excerpts from the transcript of Debbi Herzig ("Herzig "), conducted on January 16, 2025 (cited as "Herzig Dep.") |
| F | Excerpts from the deposition transcript of Nancy Prahofer, conducted on January 22, 2025 (cited as "Prahofer Dep.") |
| G | Excerpts from the deposition of Werner Stanzl (Stanzl), conducted on January 31 ,2025 (cited as "Stanzl Dep.") |
| H | Email correspondence between Stanzl and Stanzl dated December 17, 2022, bearing bates stamp number NOMURA 001644 – NOMURA 001645, and marked and identified as Exhibit 35 as Ms. Feng's deposition conducted on January 14, 2025. |
| I | Advancement to Vice President Nomination Form, bearing bates stamp numbers NOMURA 000059-000060, marked and identified as Exhibit 58 at Anthony's deposition conducted on December 11, 2024. |
| J | Instant Messages between Sergei Dzhosyak and Muchnik dated January 11, 2022, bearing bates stamp number NOMURA 004332, and marked and identified as Exhibit 37 as Ms. Feng's deposition conducted on January 14, 2025. |
| K | Resume for Sergey Polgul bearing bates stamp numbers NOMURA 006274-006275. |
| L | Email correspondence between Herzig and Simon Yates dated March 20, 2023 bearing bates stamp number NOMURA 006018 – NOMURA 006019, and marked and identified as Exhibit 60 |
| M | Email correspondence between Anthony and Herzig dated November 15, 2022, bearing bates stamp number NOMURA 0000235, and marked and identified as Exhibit 71 at Anthony's deposition conducted on January 14, 2025. |
| N | Instant messages between Michael Gauthier and Muchnik dated June 13, 2022 bearing bates stamp numbers NOMURA 003993 – NOMURA 004028. |
| O | Instant messages between Michael Gauthier and Muchnik dated June 10, 2022 bearing bates stamp numbers NOMURA 004029 – NOMURA 004045 |
| P | Instant messages between Jason Varano and Muchnik dated June 12, 2021 bearing bates stamp numbers NOMURA 003470 – NOMURA 003487. |
| Q | Email correspondence from Simon Yates to Jason Brus titled "Titled GM Days in Office", bearing bates stamp numbers NOMURA 005928 – |

| Exhibit | Description |
|---|---|
| | NOMURA 5929. |
| R | Instant messages between Jason Varano Muchnik dated August 9, 2022, bearing bates stamp numbers NOMURA 004557- NOMURA 004560, marked and identified as Exhibit 33 at Muchnik's deposition conducted on December 11, 2024. |
| S | Email correspondence from Herzig to Catherine Smith, dated October 31, 2022, bearing bates stamp NOMURA 004372. |
| T | Instant messages between Ms. Feng and Stanzl dated October 25, 2022, bearing bates stamp numbers NOMURA 004786 – NOMURA 004788, marked and identified as Exhibit 96 at Ms. Feng's deposition conducted on January 14, 2025. |
| U | Collection of correspondence regarding time out of office, bearing bates stamps Nomura 003316; Nomura 004786; Feng 000089; Feng 000042; Nomura 004985; NOMURA 4984; FENG 000047; and NOMURA 005995. |
| V | Nomura Remote Log In Hours Log for Ms. Feng, bearing bates stamp NOMURA 004513. |
| W | Instant message from Anthony to Herzig dated January 12, 2023 bearing bates stamp number NOMURA 005984-NOMURA 005995. |
| X | Email correspondence from Ms. Feng to Anthony and Stanzl dated March 30, 2023 bearing bates stamp numbers NOMURA 005265-NOMURA 005268. |
| Y | Document titled "Development Areas" bearing bates stamp NOMURA 004081 – NOMURA 004082. |
| Z | Collection of emails regarding Ms. Feng's 2023 Performance Review, bearing bates stamps NOMURA 004419 - NOMURA 04420; NOMURA 005309 -- NOMURA 005311; NOMURA 004077- NOMURA 004082; NOMURA 004061- NOMURA 004063; NOMURA 004836; NOMURA 001371; NOMURA 001373; NOMURA 001365- NOMURA 001370; NOMURA 004413- NOMURA 004414; NOMURA 001484. |
| AA | Instant Messages from Herzig to Lindsay Thorvaldsen bearing bates stamps NOMURA 005867-NOMURA 005869. |
| BB | 2024 Performance Year Compensation Statement bearing bates stamp number NOMURA 006258 |
| CC | Document titled "Termination Code Descriptions" bearing bates stamp number NOMURA 005602, and marked and identified as Exhibit 48 at Muchnik's deposition conducted on December 5, 2024. |
| DD | Email correspondence from Herzig to Woody Handza and Alexis Walker titled "Termination", dated July 28, 2023 bearing bates stamp number NOMURA 001506, and marked and identified as Exhibit 49 at Muchnik's deposition conducted on December 5, 2024. |
| EE | Email correspondence dated from Anthony dated October 19, 2022, bearing bates stamp numbers NOMURA 004050, and marked and |

3

| Exhibit | Description |
|---|---|
|  | identified as Exhibit 21 at Ms. Feng's deposition conducted on December 4, 2024 |
| FF | Instant messages between Anthony and Stanzl dated October 31, 2022, bearing bates stamp numbers NOMURA 005973 – NOMURA 005978, and marked and identified as Exhibit 51 at Muchnik's deposition conducted on December 5, 2024. |
| GG | Draft email of written expectations sent to Anthony by Anthony dated November 9, 2022, bearing bates stamp NOMURA 004230, and marked and identified as Exhibit 74 at Anthony's deposition conducted on December 11, 2024. |
| HH | Email correspondence dated December 7, 2022 bearing bates stamps NOMURA 005022 – NOMURA 00523; and instant message conversation between Marina Voynova and Ms. Feng dated June 21, 2023 bearing bates stamp numbers NOMURA 001494 – NOMURA1497. |
| II | Email correspondence from Anthony to Ms. Feng dated November 14, 2022, bearing bates stamp numbers NOMURA 005183-NOMURA 005184, marked and identified as Exhibit 97 at Ms. Feng's deposition conducted on January 14, 2025. |
| JJ | Email correspondence between Anthony and Herzig dated November 14, 2022, bearing bates stamp number Nomura  000233 – NOMURA 000234, marked and identified as Exhibit 68 at Anthony's deposition conducted on December 11, 2024. |
| KK | Email correspondence from Anthony to Ms. Feng dated November 16, 2022, bearing bate stamp number NOMURA 005175, marked and identified as Exhibit 19 at Ms. Feng's deposition conducted on December 4, 2024. |
| LL | Email correspondence from Herzig to John Martinez, dated February 14, 2023, bearing bates stamp numbers NOMURA 005280 – NOMURA 005281, marked and identified as Exhibit 77 at Anthony's deposition conducted on December 11, 2024. |
| MM | Time sheet for Polgul, bearing bates stamp numbers NOMURS 000260 – NOMURA 000261), marked and identified as Exhibit 88 at Ms. Feng's deposition conducted on January 14, 2025. |
| NN | Instant messages between Anthony and Herzig dated January 12, 2025, bearing bates stamp numbers NOMURA 005985-005994. |
| OO | Pay Equity Over bearing bates stamp numbers NOMURA 000337 – NOMURA 000344 |
| PP | Equity Americas Trading Chart bearing bates stamp numbers NOMURA 006035 – NOMURA 006039, marked and identified as Exhibit 22 at Muchnik's deposition conducted on December 5, 2024. |
| QQ | Instant messages between Antony and Peter Lambert, dated October 19, 2022, bearing bates stamp number NOMURA 004806 – NOMURA 004811, and marked and identified as Exhibit 50 at Muchnik's deposition conducted on December 5, 2024 |

4

| Exhibit | Description |
|---------|-------------|
| RR | Collection of emails from Muchnik detailing the projects his team was working on throughout the year, bearing bates stamp numbers NOMURA 002348; NOMURA 004544; NOMURA 000428; NOMURA 001034; NOMURA000777; NOMURA 000778; NOMURA 002649; NOMURA 002623; NOMURA 002797; NOMURA 002798, and marked and identified as Exhibit 24 at Muchnik's deposition conducted on December 5, 2024 |
| SS | Email communication from Herzig to Ms. Feng dated April 14, 2023, bearing bates stamp numbers 005299, and marked and identified as Exhibit 123. |
| TT | Email correspondence from Herzig to Kirti Singh dated June 29, 2023, bearing bates stamp numbers NOMURA 005956 – NOMURA 005959, marked and identified as Exhibit 62 at Anthony's deposition conducted on December 11, 2024. |
| UU | Email correspondence from Herzig to Smith, dated October 31, 2022 bearing bates stamp number NOMURA 004372, marked and identified as Exhibit 44 at Muchnik's deposition conducted on December 5, 2024. |
| VV | Instant messages between Anthony and MS. Feng dated June 22, 2023, bearing bate stamps numbers  NOMURA 001486-NOMURA 001493. |
| WW | Email correspondence from Anthony to Ms. Feng dated March 22, 2023, bearing bates stamp number NOMURA 005264, and marked and identified as Exhibit 114 at Ms. Feng's deposition conducted on January 14, 2025. |
| XX | Text exchanges between Anthony and Yanni Kostalas bearing bates stamp numbers NOMURA 006057 – NOMURA 006060. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York, on this 5th day of June 2026.


*/s/ Jacqueline C. Gerrald*
Jacqueline C. Gerrald

5