



MCLAUGHLIN & STERN, LLP
JACQUELINE C. GERRALD
PARTNER
260 MADISON AVENUE
NEW YORK, NY 10016
(212) 448-1100, EXT. 1113
JGERRALD@MCLAUGHLINSTERN.COM
WWW.MCLAUGHLINSTERN.COM

June 5, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/8/2026_____

**VIA ECF**

The Honorable Valarie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    ***Xue (Heidi) Feng v. Nomura Securities International, Inc.***
       **Civil Action No.: 1:24-CV-00467-VEC**

Dear Judge Caproni:

This firm represents Plaintiff Xue (Heidi) Feng ("Plaintiff") in the above-captioned matter. Pursuant to Your Honor's Individual Rule 5, Rule 5.2 of the Federal Rules of Civil Procedure, and the Southern District of New York's Electronic Filing Rules & Instructions 6 and 21, we respectfully request permission to file under seal and redact certain information and documents filed in connection with Plaintiff's Response to Defendant's Motion for Summary Judgment.

Plaintiff respectfully requests permission to file the following document under seal pursuant to the parties' Stipulation and Order Governing the Treatment of Confidential Material (ECF No. 27) and Your Honor's Individual Practices in Civil Cases:

1.  Plaintiff's Response to Defendant's Local Rule 56.1 Statement.

This document contains certain confidential employee information, such as records from Plaintiff's personnel file at Nomura, Plaintiff's personal medical information, documents identifying information of Defendant's current/or former employees, including their compensation and confidential business information, such as proposed compensation information related to certain roles. As such, Plaintiff respectfully requests permission to file the aforementioned document under seal. Where appropriate, Plaintiff shall file via ECF copies of this document with the confidential employee and business information redacted. Such redactions and sealed filings will be limited to those required to protect information identified by the parties as confidential during discovery.

The Honorable Valarie E. Caproni, U.S.D.J.
June 5, 2026
Page **2** of **2**

       Plaintiff and Defendant have previously met and conferred with regard to this matter when Defendant made the request to seal and redact certain similar information and documents filed in connection with Defendant's motion for summary judgment, and Plaintiff consented to same. *See* (ECF No. 108). The parties thank you for Your Honor's kind consideration of this request.

                  Respectfully submitted,

                  McLAUGHLIN & STERN, LLP

                  By:    **/s/ *Jacqueline C. Gerrald***
                        Jacqueline C. Gerrald

JCG/mb

CC – VIA ECF Attorneys of Record

> Application GRANTED.
>
> SO ORDERED.        6/8/2026
>
> *[signature]*
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE