**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X
                                                         :
XUE (HEIDI) FENG,                                        :
                                                         :
                          Plaintiff,                     :
                                                         :    Case No. 1:24-CV-00467-VEC
              -vs-                                       :
                                                         :
NOMURA SECURITIES                                        :
INTERNATIONAL, INC.,                                     :
                                                         :
                          Defendant.                     :
                                                         X

-------------------------------------------------------

## SUPPLEMENTAL DECLARATION OF ELLEN M. MURPHY IN FURTHER SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, ELLEN M. MURPHY, declare under the penalty of perjury:

1.     I am a Partner with the law firm of Seyfarth Shaw LLP, attorneys for Defendant Nomura Securities International, Inc. ("Nomura" or "Defendant") in the above-captioned action. I submit this Supplemental Declaration in further support of Nomura's Motion for Summary Judgment pursuant to Local Rule 56.1.  I know the facts testified to in this Declaration to be true based upon my own personal knowledge, information provided to me, and my review of the documents produced in this action.

2.     True and correct copies of the following exhibits in Nomura's Reply Memorandum of Law in Further Support of Its Motion for Summary Judgment are annexed hereto as:

| Exhibit | Description |
|---|---|
| A | Excerpts from the deposition transcript of Plaintiff, conducted on December 4, 2024 (cited in the Nomura's Reply Memorandum as "Pl. Dep. I"). |
| B | Excerpts from the deposition transcript of Plaintiff, conducted on January 14, 2025 (cited in the Nomura's Reply Memorandum as "Pl. Dep. II"). |
| C | Excerpts from the deposition transcript of Roman Muchnik ("Muchnik"), conducted on December 5, 2024 (cited in Nomura's Reply Memorandum as "Muchnik Dep."). |
| D | Excerpts from the deposition transcript of Michael Anthony ("Anthony"), conducted on December 11, 2024 (cited in Nomura's Reply Memorandum as "Anthony Dep.") |
| E | Excerpts from the deposition transcript of Werner Stanzl ("Stanzl"), conducted on January 31, 2025 (cited in Nomura's Reply Memorandum as "Stanzl Dep.") |
| F | Excerpts from the deposition transcript of Debbi Herzig ("Herzig"), conducted on January 16, 2025 (cited in Nomura's Reply Memorandum as "Herzig Dep.") |
| G | Email correspondences between Debbi Herzig, Michael Anthony, Chris Saeboe and Rafael Valeros, titled "RE: Report," dated January 12 through February 14, 2023, and bearing Bates-stamp numbers NOMURA 005347 through NOMURA 005351. |
| H | Email correspondence between Sergei Dzhosyuk and Muchnik, titled "Thread," dated January 11, 2022, bearing Bates-stamp numbers NOMURA 004328 through NOMURA 004333. |
| I | Email correspondences between Abhishek Roy, Rosario Edgar, Donal Holland, Stanzl, Michael, Roman and Plaintiff, titled "RE: Earnings Report – Adding Clean Vol ?," dated October 4, 2022 through October 25, 2022, and bearing Bates-stamp numbers NOMURA 004347 through NOMURA 004353. |

Dated:  New York, New York
           June 22, 2026

*/s/ Ellen M. Murphy*
Ellen M. Murphy

2

326558753v.2